PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4838
      E-Mail: sohayl.vafai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNETE LYNN STANCY,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00604-TLN-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days from September 11, 2023, up to and including October 11, 2023. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This is the Defendant's first request for an extension of the Cross-Motion for Summary Judgment deadline.

    There is good cause for this extension. Defendant requires additional time to review the defensibility of this case. Additional time would provide Plaintiff an opportunity to consider any remand offer, the parties to negotiate the terms of any remand offer, and Defendant adequate time to prepare her response if the parties cannot agree to a voluntary remand.

For these reasons, Defendant respectfully requests an extension of 30 days, until October 11, 2023, to file the cross-motion for summary judgment. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

Dated: September 7, 2023      /s/ *Melissa Markos Nyman*\*
(\*as authorized via e-mail)
MELISSA MARKOS NYMAN
Attorney for Plaintiff

Dated: September 7, 2023      PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Sohayl Vafai*
SOHAYL VAFAI
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 11, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated: September 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE