PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN CA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNETTE LYNN STANCY,<br>    Plaintiff,<br>    v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:23-cv-00604-TLN-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between the parties, through their undersigned attorneys, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff an opportunity for a new decision.

    On remand, the Commissioner will develop the record as necessary and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

| | |
|---|---|
| Dated: October 27, 2023 | */s/ Melissa Markos Nyman*\* <br> MELISSA MARKOS NYMAN <br> Attorney for Plaintiff <br> \*Authorized via e-mail |
| | PHILLIP A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Social Security Administration |
| By: | /s/ *Marcelo Illarmo* <br> MARCELO ILLARMO <br> Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED: October 27, 2023

Troy L. Nunley
United States District Judge