UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNETTE LYNN STANCY,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:23-cv-00604-TLN-DMC<br><br>**ORDER** |

Plaintiff Jennette Lynn Stancy ("Plaintiff"), who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 11, 2025, the Magistrate Judge filed findings and recommendations which were served on the parties, and which contained notice that objections could be filed within fourteen (14) days. This deadline has passed, and no objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").

1

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 11, 2025, (ECF No. 23), are ADOPTED in full;
2. Plaintiff's counsel's motion for attorney's fees, (ECF No. 21), is GRANTED and counsel is awarded fees pursuant to 42 U.S.C. § 406(b) in the amount of $27,861.00, paid to counsel by the Commissioner of Social Security out of past-due benefits awarded to Plaintiff and withheld by the agency, to the extent such benefits have not already been paid to Plaintiff, <u>and to the extent counsel has not already been paid by the agency out of amounts withheld</u>; and
3. Counsel is directed to reimburse to Plaintiff $7,500.00 previously paid to counsel under the Equal Access to Justice Act.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2